# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MANOUCHEHR JAFARZADEH, *et al*., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 16-1385 (JDB) |
| ) | |
| JEH JOHNSON, Secretary ) | |
| Department of Homeland Security, *et al*., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney April Denise Seabrook as counsel of record for the Defendants in the above-captioned case.

August 8, 2016            Respectfully submitted,

  /s/   *April Denise Seabrook*
April Denise Seabrook, D.C.Bar #993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2525
Fax: (202) 252-2599
April.Seabrook@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of August, 2016, I caused the foregoing Notice of Appearance to be served on Plaintiff, by the postal service, postage pre-paid and addressed as follows:

RAZEYEH JAFARZADEH
1629 Columbia Rd., NW, Apt. 307
Washington, DC 20009

MANOUCHEHR JAFARZADEH
20557 Summersong Lane
Germantown, MD 20874

/s/ *April Denise Seabrook*
April Denise Seabrook
Assistant United States Attorney