UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAZEYEH JAFARZADEH; and<br>MANOUCHEHR JAFARZADEH;<br><br>　　Plaintiffs,<br><br>v.<br><br>JEH JOHNSON, Secretary, Department of<br>Homeland Security;<br>LEON RODRIGUEZ, Director, United States<br>Citizenship and Immigration Services;<br>GREGORY COLLETT, District Director, United<br>States Citizenship and Immigration Services;<br>CONRAD ZARAGOZA, Field Office Director,<br>United States Citizenship and Immigration Services;<br>JAMES COMEY, Director, Federal Bureau of<br>Investigation; and<br>LORETTA LYNCH, Attorney General;<br><br>　　Defendants. | Civil Action No. 1:16-1385-JDB |

## NOTICE OF APPEARANCE

　　The Clerk of the Court will please enter the appearance of Attorney Lauren C. Bingham as co-counsel on behalf of Defendants.

Dated:  August 12, 2016

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BENJAMIN C. MIZER
　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　WILLIAM C. PEACHEY
　　　　　　　　　　　　　　　　　　　　Director
　　　　　　　　　　　　　　　　　　　　Office of Immigration Litigation
　　　　　　　　　　　　　　　　　　　　District Court Section

ELIZABETH J. STEVENS
Assistant Director
Office of Immigration Litigation
District Court Section

*/s/ Lauren C. Bingham*
Lauren C. Bingham, Fl. Bar No. 105745
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458; (202) 305-7000 (facsimile)
lauren.c.bingham@usdoj.gov

*Attorneys for Defendants*