UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAZEYEH JAFARZADEH, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civil Action No. 16-1385 (JDB) <br> ) |
| JEH JOHNSON, Secretary of Homeland Security, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please substitute the appearance of Assistant United States Attorney Wynne Kelly for Assistant U.S. Attorney April Seabrook on behalf of Defendants.

Dated: September 8, 2016
Washington, DC

                                        Respectfully submitted,

                                        CHANNING D. PHILLIPS, D.C. Bar #415793
                                        United States Attorney

                                        DANIEL F. VAN HORN, D.C. Bar #924092
                                        Chief, Civil Division

                                        By:       /s/
                                        WYNNE P. KELLY
                                        Assistant United States Attorney
                                        555 4th Street, NW
                                        Washington, DC 20530
                                        (202) 252-2545
                                        wynne.kelly@usdoj.gov

                                        *Attorneys for Defendants*